**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., | ) ) ) ) | Case No. |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ASCENT PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES**
**INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively "Plaintiffs") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. §355(b)(2):

Date Patentee(s) Received Notice:        No Earlier than March 22, 2023

Thirty Month Stay Deadline:        No Earlier than September 22, 2025

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 10,842,780 | No earlier than September 28, 2029 (March 28, 2030 pediatric exclusivity expiration) |

Dated: May 3, 2023

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Jayita Guhaniyogi
Nitya Anand
Vincent Li
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5700

Connor Romm
MCDERMOTT WILL & EMERY
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000

Rodney Swartz
MCDERMOTT WILL & EMERY
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885
 (650) 815-7400

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*