IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ASCENT PHARMACEUTICALS, INC. <br><br> Defendant. | **CIVIL ACTION NO. 23-486-JFB-CJB** <br><br><br> **ORDER** |

This matter is before the Court on Defendant's request to file an early dispositive motion. D.I. 18 at 3. It requests permission to file "one dispositive motion under Federal Rules 12(c) or 56 on the grounds of issue preclusion (collateral estoppel)." D.I. 18 at 3. The basis for such motion would be "that this Court's prior ruling in the *Astellas v. Sandoz* litigation [1:20CV1589] renders all claims of the '780 patent invalid. Ascent will assert in its proposed motion that the prior adjudication is preclusive because there is no material difference between invalidated claims 5, 20, and 25 of the '780 patent and the remaining claims of the '780 patent." D.I. 18 at 3.

The Court agrees that Defendant should be permitted to file one early dispositive motion based on collateral estoppel as set forth above in the interest of judicial efficiency. However, as Plaintiffs note, the ruling in *Astellas v. Sandoz* is currently on appeal before the Federal Circuit Court of Appeals at Federal Circuit Docket No. 2023-2032, filed June 6, 2023. Following the Federal Circuit's order disposing of the appeal, Defendant shall be permitted to file a dispositive motion based on collateral estoppel, if appliable. Accordingly,

1

IT IS ORDERED:

1. Defendant is granted leave to bring one dispositive motion on the grounds of issue preclusion (collateral estoppel) under Fed R. Civ. P. 12(c) or 56, based on this Court's ruling in *Astellas Pharma Inc. v. Sandoz Inc.*, 1:20-cv-01589-JFB-CJB litigation that claims 5, 20, and 25 of patent-in-suit are invalid under 35 U.S.C. § 101 as directed to unpatentable subject matter. Defendant shall file its motion within 30 days after the Federal Circuit issues its ruling in the appeal in *Astellas Pharma Inc. v. Sandoz Inc.*

Dated this 27th day of September, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge