**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASCENT PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 23-486-JFB-CJB |

**<u>JOINT LETTER TO THE HONORABLE CHRISTOPHER J. BURKE REGARDING INTERIM JOINT STATUS REPORT</u>**

Dated: December 7, 2023

ME1 46970683v.1

Dear Judge Burke:

Pursuant to paragraph 15 of the Scheduling Order (D.I. 19), the parties provide this joint status update on the progress of discovery to date. Fact discovery is underway, but in the early stages. The parties have each served their respective initial patent disclosures under Paragraphs 4(a) and 4(b) of the Delaware Default Standard.  *See also,* D.I. 19 ¶ 6. Astellas served its first set of written requests for production on Ascent on December 4, 2023. *See* D.I. 28. There are currently no disputes requiring Court intervention at this time. The parties will reach out to the Court if any disputes arise that cannot be resolved through the meet and confer process, in accordance with the Court's discovery procedures. Counsel are available at the convenience of the Court.

Dated: December 7, 2023

| MCCARTER & ENGLISH, LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Kenneth L. Dorsney |
| Daniel M. Silver (#4758) | Kenneth L. Dorsney (#3726) |
| Alexandra M. Joyce (#6423) | Cortlan S. Hitch (#6720) |
| Renaissance Centre | 500 Delaware Ave., Ste. 1500 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 888-6800 |
| (302) 984-6300 | kdorsney@morrisjames.com |
| dsilver@mccarter.com | chitch@morrisjames.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |