**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASCENT PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-486-JFB-CJB |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Scheduling Order (D.I. 19, ¶ 12), as amended by the parties' Stipulation to Extend Time (D.I. 34), SO ORDERED by the Court on January 22, 2024, further amended by the parties' Stipulation to Extend Time (D.I. 37), SO ORDERED by the Court on February 2, 2024, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") and Defendant Ascent Pharmaceuticals, Inc. ("Ascent" or "Defendant") submit the attached Joint Claim Construction Chart containing claim terms and phrases for the Court's construction from U.S. Patent No. 10,842,780 (the "'780 Patent").

**I.    Agreed Terms**

None.

## II. Disputed Terms

| Term No. | Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "a hydrogel-forming polymer" – appearing in independent claim 1 and recited or incorporated by reference into dependent claims 2-21 | Plain and Ordinary Meaning: "a polymer resin that is capable of forming gel systems that are water retentive, and capable of hydrating and swelling upon exposure to water that allows controlled, sustained, or modified release of the drug" | '780 Patent: - 5:54-63; - 7:16-19; - 7:39-9:47. - 20:27-32 | polyethylene oxide only | '780 Patent File History (Application No. 15/432,854)<br><br>2/14/2017 – Utility application (Transmittal, Abstract, Claims, Specification)<br><br>10/18/2017 – Office Action<br><br>4/16/2018 – Response to Restriction Requirement<br><br>11/19/2018 – Office Action<br><br>5/13/2019 – Amendment, Petition for Extension of Time, and Statement of the Substance of the Interview (re Interview of 5/6/2019)<br><br>8/1/2019 – Office Action (Applicant-Initiated Interview Summary) (re Interview of 7/25/2019) |

ME1 47606658v.1

| Term No. | Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 8/5/2019 – Statement of the Substance of the Interview (re Interview of 7/25/2019) |
| | | | | | 12/26/2019 – Office Action |
| | | | | | 2/18/2020 – Amendment |
| | | | | | 2/20/2020 – first page of Amendment of 2/18/2020 with notation "Do Not Enter" |
| | | | | | 3/2/2020 – Office Action |
| | | | | | 3/12/2020 – Office Action (Applicant-Initiated Interview Summary) (re Interview of 3/10/2020) |
| | | | | | 3-16-2020 – Request for Continued Examination |
| | | | | | 3/16/2020 – Submission Under 37 CFR 1.114 and Statement of the Substance of the Interview |
| | | | | | 6/26/2020 – Preliminary Amendment |

2

| Term No. | Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 7/22/2020 – Notice of Allowance and Fees Due, Notice of Allowability |
| 2. | "means for forming a hydrogel" – appearing in independent claim 22 and incorporated by reference into dependent claims 23-25 | Plain and Ordinary Meaning: "component that allows water-retentive gel systems to form." | '780 Patent: - 5:54-63; - 7:16-19; - 7:39-9:47. - 20:27-32 | polyethylene oxide only | '780 Patent File History (Application No. 15/432,854) 2/14/2017 – Utility application (Transmittal, Abstract, Claims, Specification) 10/18/2017 – Office Action 4/16/2018 – Response to Restriction Requirement 11/19/2018 – Office Action 5/13/2019 – Amendment, Petition for Extension of Time, and Statement of the Substance of the Interview (re Interview of 5/6/2019) 8/1/2019 – Office Action (Applicant-Initiated Interview Summary) (re Interview of 7/25/2019) |

ME1 47606658v.1

| Term No. | Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 8/5/2019 – Statement of the Substance of the Interview (re Interview of 7/25/2019) |
| | | | | | 12/26/2019 – Office Action |
| | | | | | 2/18/2020 – Amendment |
| | | | | | 2/20/2020 – first page of Amendment of 2/18/2020 with notation "Do Not Enter" |
| | | | | | 3/2/2020 – Office Action |
| | | | | | 3/12/2020 – Office Action (Applicant-Initiated Interview Summary) (re Interview of 3/10/2020) |
| | | | | | 3-16-2020 – Request for Continued Examination |
| | | | | | 3/16/2020 – Submission Under 37 CFR 1.114 and Statement of the Substance of the Interview |
| | | | | | 6/26/2020 – Preliminary Amendment |

4

| Term No. | Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 7/22/2020 – Notice of Allowance and Fees Due, Notice of Allowability |

Dated: February 9, 2024

| MCCARTER & ENGLISH, LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Cortlan S. Hitch* |
| Daniel M. Silver (#4758) | Kenneth L. Dorsney (#3726) |
| Alexandra M. Joyce (#6423) | Cortlan S. Hitch (#6720) |
| Renaissance Centre | 500 Delaware Ave., Ste. 1500 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 888-6800 |
| (302) 984-6300 | kdorsney@morrisjames.com |
| dsilver@mccarter.com | chitch@morrisjames.com |
| ajoyce@mccarter.com | |
| | *Of Counsel:* |
| *Of Counsel:* | PADMANABHAN & DAWSON, P.L.L.C. |
| Simon D. Roberts | Devan V. Padmanabhan (pro hac vice) |
| Jason A. Leonard | Sri K. Sankaran (pro hac vice) |
| Vincent Li | 9800 Shelard Parkway |
| Jayita Guhaniyogi | Suite 120 |
| MCDERMOTT WILL & EMERY | Minneapolis, Minnesota 55441 |
| One Vanderbilt Avenue | Telephone: (612) 444-3377 |
| New York, NY 10017-3852 | Facsimile: (612) 444-3195 |
| (202) 637-5600 | devan@paddalawgroup.com |
| simonroberts@mwe.com | sri@paddalawgroup.com |
| jleonard@mwe.com | |
| vli@mwe.com | *Attorneys for Defendant Ascent Pharmaceuticals, Inc.* |
| jguhaniyogi@mwe.com | |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | |

6