**Morris James LLP**

Cortlan S. Hitch
302.888.6800
chitch@morrisjames.com

December 3, 2024

The Honorable Joseph F. Bataillon  *VIA ELECTRONIC FILING*
United States District Court for the District of Nebraska
111 South 18th Plaza, Suite 3529
Omaha, NE 68102

    Re:    *Astellas Pharma Inc., et al. v. Ascent Pharmaceuticals, Inc., et al.*
            C.A. No. 23-cv-486 (JFB-CJB)

Dear Judge Bataillon,

    I write jointly on behalf of Plaintiffs and Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited (together "MSN") in the above-referenced matter. Plaintiffs and MSN have agreed that this action should be deconsolidated and split into two separate actions—one involving defendant Ascent Pharmaceuticals, Inc. ("Ascent"), and another involving MSN. Plaintiffs and Ascent have agreed to a new schedule per the stipulation filed today. MSN and Plaintiffs are still conferring on a new schedule to govern their separate action and will submit that no later than December 12. In the meantime, MSN and Plaintiffs respectfully request that the Court adjourn the remaining dates in the schedule, including the fact discovery deadline and expert report deadlines pending submission of a new schedule.

    Counsel for the parties are available at the Court's convenience if there are any questions or concerns.

    Respectfully,

    */s/ Cortlan S. Hitch*

    Cortlan S. Hitch (#6720)

cc: All Counsel of Record (via CM/ECF and electronic mail)