IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENT PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED<br><br>Defendants. | **CIVIL ACTION NO. 23-486-JFB-EGT**<br><br>ORDER |

Before the Court is the Parties' Joint Stipulation Regarding Claim Construction (D.I. 162). This case concerns U.S. Patent. No. 10,842,780 ("the '780 Patent"), U.S. Patent Nos. 12,059,409 ("the '409 Patent"). The two patents are part of the same family and share a common specification. Previously, the Court construed the term "hydrogel-forming polymer" as used in the '780 Patent, giving the term "its plain and ordinary meaning" and rejecting Ascent's disclaimer argument. *Astellas Pharma Inc. v. Ascent Pharms., Inc.*, No. 23-486-JFB-CJB, 2024 WL 3825324 (D. Del. Aug. 15, 2024). The Court will do the same for the term "hydrogel-forming polymer" in the '409 Patent. Because the Court is adhering to its prior ruling, the Parties need not provide additional briefing or argument on this issue. Ascent's claim construction arguments are preserved for appeal for both the '780 Patent and the '409 Patent.

1

THEREFORE, IT IS ORDERED,

1. The Parties' Joint Stipulation Regarding Claim Construction (D.I. 162) is granted.

2. The term "hydrogel-forming polymer" in the '409 Patent is given its plain and ordinary meaning.

Dated this 27th day of March, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge