# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| Astellas Pharma Inc. et al, | ) |  |
|---|---|---|
| Plaintiff(s), | ) ) ) |  |
| v. | ) ) ) | C.A. No. 23-cv-00486-JFB-EGT |
| Ascent Pharmaceuticals, Inc. et al, | ) ) ) |  |
| Defendant(s). | ) ) ) ) ) |  |

# JOINT EXHIBIT & WITNESS LIST

| PRESIDING JUDGE<br>Joseph F. Bataillon | PLAINTIFF'S COUNSEL:<br>McCarter & English, LLP | REPORTER: Bonnie Archer and Dale Hawkins |
|---|---|---|
| DATES OF TRIAL<br>10/27/2025 – 10/30/2025 | DEFENDANT'S COUNSEL:<br>Morris James LLP | COURTROOM DEPUTY<br>Joel Franco Morales and Michael Banenas |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
|  | 661 |  | 10/27/25 | X | Curriculum Vitae of Scott R. Serels, M.D. | Serels |
| 1 |  |  | 10/27/25 | X | United States Patent No. 10,842,780 to Takaishi et al. | Serels |
| 2 |  |  | 10/27/25 | X | United States Patent No. 11,707,451 to Takaishi et al. | Serels |
| 3 |  |  | 10/27/25 | X | United States Patent No. 12,059,409 to Takaishi et al. | Serels |
| 4 |  |  | 10/27/25 | X | United States Patent No. 12,097,189 to Takaishi et al. | Serels |
|  | 234 |  | 10/27/25 | X | Nitti et al., Diagnosis and Management of Overactive Bladder: A Review, 47 J. Obstet. Gynaecol. Res. 1654 (2021) | Serels |
|  | 209 |  | 10/27/25 | X | Myrbetriq/Myrbetriq Granules Label (April 2021) | Serels |
|  | 61 |  | 10/27/25 | X | Mirabegron, Clinical Study Report, ISN 178-CL-001, A Phase 1 Study in Healthy Male Volunteers to Investigate the Safety, Tolerability and Pharmacokinetics of Escalating Single Doses of YM178 and to Explore the Effect of Food on the Pharmacokinetics of YM178 (June 2011) | Serels |
|  | 181 |  | 10/27/25 | X | Astellas, A Double-Blind, Randomised, Placebo-Controlled, Dose-Escalating Study to Investigate the Safety, Tolerability and Pharmacokinetics of Multiple Doses of YM178 in Healthy Male | Serels |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | | | | Volunteers, Mirabegron (YM178) Type 2 diabetes mellitus, Clinical Study Report 178-CL-002 (June 2011) | |
| | 236 | | 10/27/25 | X | C. Perret-Guillaume et al., Heart Rate as a Risk Factor for Cardiovascular Disease, 52 Prog. Cardiovasc. Dis. 6 (2009) | Serels |
| | 175 | | 10/27/25 | X | Astellas, Phase 1 Food Effect Study, Clinical Report Study, 178-CL-041, (Jun 2011) | Serels |
| | 31 | | 10/27/25 | X | Summary of Ascent Bioequivalence Studies | Serels |
| | 71 | | 10/27/25 | X | Ascent Pharmaceuticals, Mirabegron Extended Release Tablets, Prescribing Information (June 2024) | Serels |
| | 663 | | 10/27/25 | X | Curriculum Vitae of David R. Taft, Ph.D. | Taft |
| | 60 | | 10/27/25 | X | Yamanourchi Europe, YM178, Study No. 99-BAN-01/178-CL-001, Part 1, Report No. 787, Final Version (June 6, 2002) | Taft |
| | 201 | | 10/27/25 | X | Astellas, Mirabegron (YM178) OCAS Tablet Overactive Bladder, CTD Module 3.2.P.5.4, Drug Product (Aug 2011) | Taft |
| | 202 | | 10/27/25 | X | Astellas Pharma Global Development, Inc., Synopsis of 178-CL-041 Study (March 2010) | Taft |
| | 63 | | 10/27/25 | X | Astellas, Clinical Study Report Synopsis Template, YM178, v.1.0, Protocol No. 178- CL-030, Final Version (May 4, 2007) | Taft |
| | 200 | | 10/27/25 | X | Astellas, Mirabegron (YM178) OCAS Tablet Overactive Bladder, CTD Module 2.7.1., Summary of Biopharmaceutic Studies and Analytical Methods (Aug 2011) | Taft |
| | 210 | | 10/27/25 | X | Draft Guidance on Mirabegron, Food and Drug Administration (FDA) (June 2013) | Taft |
| | 32 | | 10/27/25 | X | Clinical Study Report for Bioequivalence Study of Mirabegon Extended Release Tablets 50mg | Taft |
| | 34 | | 10/27/25 | X | Clinical Study Report, Bioequivalence Study of Mirabegron Extended Release Tablets 50 mg (Fed), Protocol No. 068-20, v.1 (November 16, 2022) | Taft |
| | 35 | | 10/27/25 | X | Clinical Study Report, Bioequivalence Study of Mirabegron Extended Release Tablets 25 mg (Fasting), Protocol No. 108-21, v.1 (November 24, 2022) | Taft |
| | 198 | | 10/27/25 | X | U.S. Food & Drug Administration, Letter from P. Levine (FDA) to M. Kurauku (Ascent) re ANDA No. 218172 Tentative Approval (April 28, 2025) | Taft |
| | 346 | | 10/27/25 | X | 21 C.F.R. § 314.3 | Taft |
| | | 109 | 10/27/25 | X | PCT WO99/20607 | Taft |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | 30 | 10/27/25 | X | Certified Translation of WO 99/20607 | Taft |
| | | 1 | 10/27/25 | X | U.S. Patent Application Publication No. 2006/0115540 A1 | Taft |
| | | 4 | 10/27/25 | X | Toshiyuki Takasu et al., Effect of (R)-2-(2-Aminothiazol-4-yl)-4'-{2-[(2-hydroxy-2-phenylethyl)amino]ethyl} Acetanilide (YM178), a Novel Selective B3-Adrenoceptor Agonist, on Bladder Function, 321 J. Pharmacal. Exp. Ther. 2007 May; 321(2):642-47 | Taft |
| | 36 | | 10/27/25 | X | Mirabegron Extended Release Tablets 25 mg and 50 mg, Module 2 - Quality Overall Summary | Sankaran |
| | 39 | | 10/27/25 | X | Ascent Pharmaceuticals, Mirabegron Extended Release Tablets 25 mg and 50 mg, Product Development Report, Report No. 481, Project Nos. 600 & 601 (November 11, 2022) | Sankaran |
| | 67 | | 10/27/25 | X | Study Report, Adsorption and Degradation Characteristics of YM178 for Dietary Components, Report No. PDR100074 (October 27, 2011) | Takahashi |
| | 36 | | 10/28/25 | X | Mirabegron Extended Release Tablets 25 mg and 50 mg, Module 2 – Quality Overall Summary | Little |
| | 37 | | 10/28/25 | X | Dowwolf Cellulosics, Product Regulatory Data Sheet | Little |
| | 39 | | 10/28/25 | X | Ascent Pharmaceuticals, Mirabegron Extended Release Tablets 25 mg and 50 mg Product Development Report, Report No. 481, Project Nos. 600 & 601 (November 11, 2022) | Little |
| | 70 | | 10/28/25 | X | Ascent Pharmaceuticals, Inc.'s Notice of Paragraph IV Certification for United States Patent No. 10,842,780 listed against MYRBETRIQ (mirabegron) extended release oral tablets 25 mg & 50 mg (March 22, 2023) | Little |
| | 267 | | 10/28/25 | X | Astellas, Mirabegron (YM178) OCAS Tablet Overactive Bladder, CTD Module 3.2.P.1 , Drug Product, (Aug 2011) | Little |
| | 269 | | 10/28/25 | X | Astellas, Mirabegron (YM178) OCAS Tablet Overactive Bladder, CTD Module 3.2.P.2.2., Drug Product (Aug 2011) | Little |
| | 273 | | 10/28/25 | X | Astellas, Mirabegron (YM178) OCAS Tablet Overactive Bladder, CTD Module 3.2.R.1, Executed Batch Records (Aug 2011) | Little |
| | 280 | | 10/28/25 | X | Clariant, Polyglykol 8000 PF Safety Data Sheet (October 18, 2019) | Little |
| | 281 | | 10/28/25 | X | Clariant, Polyglykol 6000 P Safety Data Sheet (October 7, 2019) | Little |
| | 295 | | 10/28/25 | X | Pace Life Sciences, Mirabegron Extended- Release Tablets, 25mg and 50mg, Test Results Report (April 30, 2024) | Little |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | 299 | | 10/28/25 | X | Pace Life Sciences, Determination of Dissolution Rate in Mirabegron Tablets (25 and 50 mg) by HPLC | Little |
| | 399 | | 10/28/25 | X | File History of U.S. Patent Application No. 15/432,854 | Little |
| | 652 | | 10/28/25 | X | Curriculum Vitae of Steven R. Little | Little |
| | 764 | | 10/28/25 | X | Appendix A to the Opening Expert Report of Vivian Gray Concerning Dissolution Testing, Astellas Testing (September 13, 2022) | Little |
| | 765 | | 10/28/25 | X | Exhibit 8 to the Opening Expert Report of Vivian Gray Concerning Dissolution Testing, Lab Notebooks, (September 13, 2022) | Little |
| | 766 | | 10/28/25 | X | Pace Analytical Life Sciences, Analytical Method, Determination of Dissolution Rate in Mirabegron Tablets (25 and 50 mg) by HPLC (January 26, 2022) | Little |
| | | 33 | 10/28/25 | X | Office Action of December 26, 2019, from U.S. Patent Application 15/432,854 ('780 family) (Dash Exhibit 2) | Little |
| | | 134 | 10/28/25 | X | Amendment and Response to December 26, 2019 Office Action February 18, 2020 | Little |
| | | 11 | 10/28/25 | X | Drewe, et al., Differential Effect of Food on Kinetics of Bromocriptine in a Modified Release Capsule and a Conventional Formulation, Eur. J. Clin Pharmocol. (1988) 35: 535-541 Elmquist Ex. E | Elmquist |
| | | 12 | 10/28/25 | X | Davis, et al., "Transit of Pharmaceutical Dosage Forms Through the Small Intestine," Gut, 1986, 27, 886 - 892 Elmquist Ex. F | Elmquist |
| | | 69 | 10/29/25 | X | CTD Module 1.3.5.1 | Kannenberg |
| | | 70 | 10/29/25 | X | Application to Market a New Drug, Biologic or an Antibiotic Drug for Human Use | Kannenberg |
| | | 71 | 10/29/25 | X | Patent Information Submitted Upon and After Approval of an NDA or Supplement, July 30, 2012 | Kannenberg |
| | | 72 | 10/29/25 | X | Patent Information Submitted Upon and After Approval of an NDA or Supplement, July 30, 2012 | Kannenberg |
| | | 73 | 10/29/25 | X | Patent Information Submitted Upon and After Approval of an NDA or Supplement, July 30, 2012 | Kannenberg |
| | | 75 | 10/29/25 | X | CTD Module 3.2.P.2.2 | Kannenberg |
| | | 76 | 10/29/25 | X | Article: Relationship Between Gelation Rate of Controlled-release Acetaminophen Tablets Containing Polyethylene Oxide and Colonic Drug Release in Dogs, 1996 | Kannenberg |
| | | 77 | 10/29/25 | X | ACS Symposium Series 752: Controlled Drug Delivery | Kannenberg |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | 78 | 10/29/25 | X | Michel 2005 (European Urology Supplements 4) Article: The Pharmacokinetic Profile of Tamsulosin Oral Controlled Absorption System (OCAS) | Kannenberg |
| | | 79 | 10/29/25 | X | CTD Module 3.2.P.2.1 Drug Product 2 Pharmaceutical Development | Kannenberg |
| | | 80 | 10/29/25 | X | CTD Module 2.7.1 Summary of Biopharmaceutic Studies and Analytical Methods | Kannenberg |
| | | 81 | 10/29/25 | X | CTD Module 2.5 Clinical Overview | Kannenberg |
| | | 82 | 10/29/25 | X | NDA Approval, July 12, 2012 | Kannenberg |
| | | 83 | 10/29/25 | X | Approved Drug Products 32nd Edition Cumulative Supplement 7, July 2012 | Kannenberg |
| | | 84 | 10/29/25 | X | Approved Drug Products 32nd Edition Cumulative Supplement 8, August 2012 | Kannenberg |
| | | 85 | 10/29/25 | X | Approved Drug Products 33rd Edition | Kannenberg |
| | | 86 | 10/29/25 | X | Approved Drug Products 34th Edition 2014 | Kannenberg |
| | | 123 | 10/29/25 | X | U.S. Patent 6,699,503 B1 | Sako |
| | | 114 | 10/29/25 | X | Notes and Graphs | Takahashi |
| | | 122 | 10/29/25 | X | Declaration of Yuuki Takaishi, February 10, 2016 | Takaishi |
| | 75 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 76 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 77 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 78 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 79 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 80 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 81 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 82 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 83 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
|  | 84 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 85 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 86 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 87 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 88 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 89 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 90 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 91 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 92 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 93 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 94 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 95 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 96 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 97 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 98 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 99 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 100 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 101 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 102 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 103 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 104 |  | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | 105 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 106 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 107 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 108 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 109 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 110 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 111 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 112 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 113 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 114 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 115 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 116 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 117 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 118 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 119 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 120 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 121 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 122 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 123 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 124 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 125 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | 126 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 127 | | 10/29/25 | X | Ascent 25 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 128 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 129 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 130 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 131 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 132 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 133 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 134 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 135 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 136 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 137 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 138 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 139 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 140 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 141 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 142 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 143 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 144 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 145 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 146 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
|  | 147 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 148 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 149 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 150 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 151 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 152 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 153 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 154 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 155 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 156 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 157 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 158 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 159 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 160 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 161 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 162 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 163 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 164 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 165 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 166 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
|  | 167 |  | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | 168 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 169 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 170 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 171 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 172 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 173 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 174 | | 10/29/25 | X | Ascent 50 mg Fasted Bioequivalence Study, Volunteer Medical Screening Record | Thisted |
| | 176 | | 10/29/25 | X | Appendix 13.2.8.1.1, Hematology Laboratory Results - SI Units, Mirabegron (November 24, 2009) | Thisted |
| | 670 | | 10/29/25 | X | Curriculum Vitae of Ronald A. Thisted (04/2025) | Thisted |
| | | 1 | 10/29/25 | X | U.S. Patent Application Publication No. 2006/0115540 A1 | Dash |
| | | 2 | 10/29/25 | X | U.S. Patent Application Publication No. 2005/0100603 A1 | Dash |
| | | 5 | 10/29/25 | X | Martin C. Michel et al., The Pharmacokinetic Profile of Tamsulosin Oral Controlled Absorption System (OCAS®) 4 Eur. Urology Supplements 15 (2005) | Dash |
| | | 6 | 10/29/25 | X | U.S. Patent No. 6,699,503 | Dash |
| | | 8 | 10/29/25 | X | U.S. Patent Application Publication No. US 2005/0100602 | Dash |
| | | 9 | 10/29/25 | X | U.S. Patent No. 6,562,375 B1 | Dash |
| | | 13 | 10/29/25 | X | Chapple 2005 Article: The Development of the Oral Controlled Absorption System (OCAS): A New Improved Formulation of Tamsulosin | Dash |
| | | 31 | 10/29/25 | X | U.S. Patent No. 6,346,532 B1 | Dash |
| | | 37 | 10/29/25 | X | 15/432,854, Response of February 18, 2020 | Dash |
| | | 71 | 10/29/25 | X | Patent Information Submitted Upon and After Approval of an NDA or Supplement, July 30, 2012 | Dash |
| | | 83 | 10/29/25 | X | Approved Drug Products 32nd Edition Cumulative Supplement 7, July 2012 | Dash |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | 85 | 10/29/25 | X | Approved Drug Products 33rd Edition | Dash |
| | | 107 | 10/29/25 | X | U.S. Patent 6,699,503 B1 | Dash |
| | | 155 | 10/29/25 | X | Sako '603, U.S. Patent Application Publication No. US2005/0100603 | Dash |
| | 304 | | 10/30/25 | X | Okochi Memorial Foundation, Okochi Memorial Technology Award, Creation of Mirabegron Therapeutic Agent for Overactive Bladder (English Translation) (February 20, 2018) | Serels |
| | 306 | | 10/30/25 | X | Astellas, Participation at 62nd Okochi Award Ceremony (April 4, 2016) | Serels |
| | 308 | | 10/30/25 | X | Tokyo Invention Promotion Association, Kanto Area Intervention Award, (Nov 28, 2014) | Serels |
| | 309 | | 10/30/25 | X | Astellas Pharma Inc., Mirabegron, Therapeutic Agent for Overactive Bladder Developed by Astellas Pharma Inc., Awarded "Pharmaceutical Society of Japan Award for Drug Research and Development," (March 27, 2014) | Serels |
| | | 10 | 10/30/25 | X | Fleisher, et al, Drug, Meal and Formulation Interactions Influencing Drug Absorption After Oral Administration, Clin Pharmacokinetic 1999 Mar: 36(3): 233-254 Elmquist Ex. D | Little |
| | 207 | | 10/30/25 | X | Labeling, App. No. 202611Orig1s000, Center for Drug Evaluation and Research (June 2012) | Little |
| | 212 | | 10/30/25 | X | Guidance for Industry: Food-Effect Bioavailability and Fed Bioequivalence Studies, U.S. Food & Drug Administration (December 2002) | Little |
| | 343 | | 10/30/25 | X | File History of U.S. Patent Application No. 12/568,313 | Little |
| | 401 | | 10/30/25 | X | File History of U.S. Patent Application No. 13/073,721 | Little |
| | 418 | | 10/30/25 | X | Abbott Laboratories, BIAXIN Filmtab (clarithromycin tablets, USP), BIAXIN XL Filmtab (clarithromycin extended-release tablets), and BIAXIN Granules (Clarithromycin for oral suspension, USP) Label (June 2022) | Little |
| | 421 | | 10/30/25 | X | Christopher R. Chapple, The Development of the Oral Controlled Absorption System (OCAS®): A New Improved Formulation of Tamsulosin, 4 Eur. Urol. Supp. 1 (2005) | Little |
| | 429 | | 10/30/25 | X | D. Fleisher et al., Drug, Meal and Formulation Interactions Influencing Drug Absorption After Oral Administration: Clinical Implications, 36 Clin. Pharmacokinet. 233 (1999) | Little |
| | 440 | | 10/30/25 | X | A. Sumarsono et al., Economic Burden Associated With Extended-Release vs Immediate-Release Drug Formulations Among Medicare Part D and Medicaid Beneficiaries, 4 JAMA Network Open e2032560 (February 28, 2020) | Little |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | 443 | | 10/30/25 | X | M.E.M. Van Gelderen et al., An Exploratory Comparison of the Single Dose Pharmacokinetics of β2-Adrenoceptor Agonist Mirabegron in Healthy CYP2D6 Poor and Extensive Metabolizers, 88 Suppl. 1 Eur. J. Clin. Pharmacol. S588 (Feb. 2009) | Little |
| | 208 | | 10/24/25 | X | Medical Review(s), App. No. 202611Orig1s000, Center for Drug Evaluation and Research (June 1, 2012) | Judicial notice (D.I. 335) |
| | 592 | | 10/24/25 | X | Mirabegron (YM178) IND 69,416 Type B preNDA Meeting Background Materials | Judicial notice (D.I. 335) |
| | 746 | | 10/24/25 | X | Assignment for United States Patent No. 10,842,780 | Judicial notice (D.I. 335) |
| | 747 | | 10/24/25 | X | Assignment for United States Patent No. 11,707,451 | Judicial notice (D.I. 335) |
| | 748 | | 10/24/25 | X | Assignment for United States Patent No. 11,707,451 | Judicial notice (D.I. 335) |
| | 749 | | 10/24/25 | X | Assignment for United States Patent No. 12,059,409 | Judicial notice (D.I. 335) |
| | 750 | | 10/24/25 | X | Assignment for United States Patent No. 12,097,189 | Judicial notice (D.I. 335) |
| | 751 | | 10/24/25 | X | Assignment for United States Patent No. 12,097,189 | Judicial notice (D.I. 335) |
| | 752 | | 10/24/25 | X | Summary of United States Patent No. 10,842,780 Assignments | Judicial notice (D.I. 335) |
| | 753 | | 10/24/25 | X | Summary of United States Patent No. 11,707,451 Assignments | Judicial notice (D.I. 335) |
| | 754 | | 10/24/25 | X | Summary of United States Patent No. 12,059,409 Assignments | Judicial notice (D.I. 335) |
| | 755 | | 10/24/25 | X | Summary of United States Patent No. 12,097,189 Assignments | Judicial notice (D.I. 335) |
| | 762 | | 10/24/25 | X | A178 License Agreement between Astellas Pharma Inc. and Astellas Ireland Co., Ltd. | Judicial notice (D.I. 335) |
| | 763 | | 10/24/25 | X | Letter Amendment re Mirabegron License Agreement | Judicial notice (D.I. 335) |
| | X | | 10/27/25 | X | Live Expert Testimony of Dr. Scott Serels | |
| | X | | 10/27/25 | X | Live Expert Testimony of Dr. David Taft | |
| | X | | 10/27/25 | X | Video Deposition of Sridhar Gumudevelli | |
| | X | | 10/27/25 | X | Video Deposition of Meghana Vidiyala | |
| | X | | 10/27/25 | X | Video Deposition of Kazuhiro Sako | |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | X | | 10/27/25 | X | Video Deposition of Yukata Takahashi | |
| | X | | 10/28/25 | X | Live Expert Testimony of Professor Steven Little | |
| | | X | 10/28/25 | X | Live Expert Testimony of Professor William Elmquist | |
| | | X | 10/28/25 | X | Reading of Deposition of Judy Kannenberg | |
| | | X | 10/28/25 | X | Reading of Depositions of Kazuhiro Sako | |
| | | X | 10/28/25 | X | Reading of Deposition of Yutaka Takahashi | |
| | | X | 10/29/25 | X | Reading of Deposition of Yuuki Takaishi | |
| | | X | 10/29/25 | X | Live Expert Testimony of Dr. Alekha Dash | |
| | X | | 10/29/25 | X | Remote Expert Testimony of Dr. Ronald A. Thisted | |
| | X | | 10/30/25 | X | Live Expert Testimony of Teresa Stanek Rea | |